IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

HERBERT BRENT,

    Plaintiff,

Vs.                                    Case No.:  14-2600

HYUNDAI CAPITAL AMERICA; *Et. Al.*

    Defendants.

### NOTICE OF VOLUNTARY DIMISSAL OF DEFENDANT HYUNDAI MOTOR AMERICA FROM COMPLAINT

Comes Now, Herbert Brent, the above named Plaintiff and provide notice to the court and all parties here that he voluntarily dismisses Defendant Motor America.

Therefore, Defendant Hyundai Motor America is no longer a party to the above captioned case and is hereby voluntarily dismissed without prejudice.

Respectfully submitted,

_____
Herbert Brent , Plaintiff
1649 Shadowlawn Boulevard
Memphis, Tennessee 38106-5417
(619) 318-2434
(901) 726-9871

### CERTIFICATE OF SERVICE

This Notice is being served on all proper Defendants with service of process and is hereby considered served on the date service is perfected on each Defendant.

_____
Herbert Brent , Plaintiff