IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **HERBERT BRENT** | Magistrate Judge / Diane K. Vescovo |
| Plaintiff | Case No. 14 – 2600 |
| vs. | Jury Demand |

**THORNTON ROAD HYUDDAI**
**SAMANTHA BRENT ; KEN FLANNAGAN**
**THORNTON ROAD HYUNDAI SALEMAN , # 1 JOHN DOE**
**THORNTON HYUNDAI NOTARY , # 2 JOHN DOE**
**THORNTON ROAD FIANCE MANAGER**
**GEICO INSURANCE**
**# 3 JOHN DOE / GEICO INSURANCE AGENT**
Defendant

---

### PLAINTIFF MOTION TO DISMISS TWO DEFENDANT FROM ORIGINAL COMPLIANT

---

Plaintiff in this matter wish to strike the defendant / Hyundal Capital Financial and the defendant Hyundai Motor Company , Inc. , dba from the original compliant in this matter because of evidence don't support them being of cause in this matter but , plaintiff reserves the right to amend in future compliants if evidence support a new foundation of both parties of being of cause to amend the ongoing compliant .

Respectfully Submitted

_____
Herbert Brent  /  Plaintiff pro se

## CERTIFICATE OF SERVICE

I certify a true and exact copy of this legal instrument was sent via 1st Class mail on this 15th day of October , 2014 .