UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **HERBERT BRENT** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **HYUNDAI CAPITAL AMERICA,** **HYUNDAI MOTOR COMPANY, INC.,** **d/b/a THORNTON ROAD HYUNDAI,** **SAMANTHA BRENT,** **KEN FLANNAGAN, JOHN DOE,** **JOHN DOE 2, GEICO INSURANCE,** **and JOHN DOE 3** | **CASE NO: 14-2600-A** |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Magistrate Judge's Report And Recommendation entered on December 19, 2014, this cause is hereby dismissed without prejudice.

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 12/19/2014**                                    THOMAS M. GOULD
                                                        Clerk of Court

                                                        s/Terry L. Haley
                                                        (By)  Deputy Clerk